

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:22-MJ-00427-DUTY |
| JAMES LAU, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>June 10</u>, <u>2022</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>6/8/2022</u>            *Karen E. Scott*
U.S. District Judge/Magistrate Judge